Adam C. McCall (State Bar No. 302130)
**LEVI & KORSINSKY LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7890
Facsimile: (202) 333-2121
Email: amccall@zlk.com

**LEVI & KORSINSKY LLP**
Joseph Levi, Esq.
Michael H. Rosner, Esq.
Justin G. Sherman, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Plaintiff Robert Rosati
and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ROSATI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP M. FERNANDEZ, LYNNE BIGGAR, CAMBRIA DUNAWAY, ROGER S. SIBONI, SUSAN L. BOSTROM, TAE HEA NAHM, WESLEY R. WASSON, and MARKETO, INC.,<br><br>Defendants. | Case No. 4:16-cv-03907-CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**JUDGE: Hon. Claudia Wilken**<br><br>**Complaint Filed: July 12, 2016** |

NOTICE OF VOLTUNARY DISMISSAL. Case No. 4:16-cv-03907-CW.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff Robert Rosati ("Plaintiff") files this voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) seeking dismissal of this Action. Federal Rule of Civil Procedure 41 allows plaintiffs to voluntarily dismiss an action without court order, subject to Rule 23(e) and any applicable federal statute, by notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal without Court order is appropriate here because there is not a certified class under Rule 23, and Defendants have not filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 23(e) ("The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval.").

On July 12, 2016, Plaintiff filed a complaint in the United States District Court for the Northern District of California against defendants Marketo, Inc., Phillip M. Fernandez, Lynne Biggar, Cambria Dunaway, Roger S. Siboni, Susan L. Bostrom, Tae Hea Nahm, and Wesley R. Wasson (collectively, "Defendants"), Case No. 16-cv-03907-CW. (Dkt. No. 1). The complaint alleged that Defendants violated federal securities laws and breached their fiduciary duties. (Dkt. No. 1).

On July 21, 2016, Plaintiff filed a Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction ("Motion") and certain supporting papers seeking to enjoin the close of the tender offer. (Dkt. Nos. 7-8).

On July 22, 2016, the Court contacted defense counsel and "advised her to file an opposition to the [M]otion . . . no later than 10:00 a.m. on July 25, 2016 or sooner if possible." (Dkt. No. 9).

On July 25, 2016, Defendants filed their opposition to Plaintiff's Motion and certain supporting papers. (Dkt. Nos. 14-15). Defendants filed a supplemental submission on July 26, 2016. (Dkt. No. 18).

Also on July 26, 2016, the Court denied Plaintiff's Motion. (Dkt. No. 19).

NOW, THEREFORE, Plaintiff states as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action;

2. The Action shall be dismissed with prejudice as to Plaintiff;

3. The Action shall be dismissed without prejudice as to all other persons; and

4. Each party shall be responsible for their own costs and fees associated with the Action.

Dated:  September 8, 2016                **LEVI & KORSINSKY LLP**

By: /s/ Adam C. McCall
Adam C. McCall (302130)
**LEVI & KORSINSKY LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7890
Facsimile: (202) 333-2121
Email: amccall@zlk.com